George CLEVELAND, Plaintiff–
Appellant,

v.

SENECA SC, CITY OF; Bonnie L. Mo-
ses, individually and in her official
capacity as election manager, director,
poll worker for the City of Seneca SC;
Rick Lacey, individually and in his
official capacity as Seneca Recreation
Department Director; Terry F. Mulli-
kin, individually and in his official
capacity as groundsman employed by
the Seneca Recreation Department;
Ronnie O'Kelly, Mayor Pro Tem for
the City of Seneca individually and in
his official capacity; Seneca Police
Department; John Covington, individ-
ually and in his official capacity as
Police Chief for the City of Seneca;
John Does, in their official capacity as
Police Officers for the City of Seneca,
Defendants–Appellees.

No. 10–1525.

United States Court of Appeals,
Fourth Circuit.

Submitted: Dec. 21, 2010.

Decided: Jan. 3, 2011.

George Cleveland, Appellant Pro Se.
James Dean Jolly, Jr., Logan, Jolly &
Smith, LLP, Anderson, South Carolina, for
Appellee.

Before NIEMEYER and KEENAN,
Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

George Cleveland appeals the district
court's order accepting the magistrate
judge's recommendation and denying relief
on Cleveland's 42 U.S.C. § 1983 (2006)
complaint, and a subsequent order denying
Cleveland's motion for reconsideration.
We have reviewed the record and find no
reversible error. Accordingly, we affirm
for the reasons stated by the district court.
*Cleveland v. Seneca SC,* No. 8:09–cv–
00626–HMH, 2010 WL 1257566 (D.S.C.
Mar. 23, 2010; 2010 WL 1462759, Apr. 9,
2010). We dispense with oral argument
because the facts and legal contentions are
adequately presented in the materials be-
fore the court and argument would not aid
the decisional process.

*AFFIRMED.*